NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEBORAH J. KEENE,                           )
a/k/a DEBORAH JEAN KEENE,                    )
                                            )
      Appellant,                            )
                                            )
v.                                          )    Case No. 2D17-3485
                                            )
SUNTRUST BANK,                              )
                                            )
      Appellee.                             )
_____)

Opinion filed May 1, 2019.

Appeal from the Circuit Court for
Hillsborough County; Gregory P. Holder,
Judge.

Mark P. Stopa of Stopa Law Firm, Tampa
(withdrew after briefing); Aubrey Elizabeth
Posey of Brown & Associates Law & Title,
P.A., Tampa (substituted as counsel of
record), for Appellant.

Philip D. Storey and Arthur S. Barksdale IV
of Alvarez, Winthrop, Thompson & Storey,
P.A., Orlando, for Appellee.

PER CURIAM.

          Affirmed.

SILBERMAN, VILLANTI, and SMITH, JJ., Concur.